# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNE THOMAS,<br><br>   Plaintiff,<br><br>   v.<br><br>FAMILY HEALTHCARE NETWORK, et al.,<br><br>   Defendants. | Case No.  1:23-cv-01610-NODJ-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING STATUS OF ACTION AND READINESS FOR SCHEDULING CONFERENCE<br><br>**DEADLINE: MARCH 14, 2024** |

Plaintiff initiated this action on November 15, 2023.  (ECF No. 1.)  On January 9, 2024, Plaintiff filed proofs of service indicating service was done on Defendants Family Healthcare Network and Narwhals Mating, M.D. in December 2023.  (ECF Nos. 6, 7.)  A scheduling conference is currently set for March 26, 2024.  (ECF No. 4.)  Given no Defendant has filed a responsive pleading, the parties did not file a stipulation extending Defendants' time to respond to the complaint, and Plaintiff has not moved for entry of default, the Court shall order Plaintiff to file a status report in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, **on or before March 14, 2024**, IT IS HEREBY ORDERED that Plaintiff shall file a status report pertaining Defendants Family Healthcare Network and Narwhals Mating, M.D., indicating whether Plaintiff will be seeking entry of default, dismissing this action, or will otherwise be prepared to move into the scheduling conference set for March 26, 2024.

IT IS SO ORDERED.

Dated:   **March 7, 2024**

_____
UNITED STATES MAGISTRATE JUDGE