UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNE THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FAMILY HEALTHCARE NETWORK, et al.,<br><br>　　　　Defendants. | Case No.  1:23-cv-01610-KES-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT FOR LACK OF SUBJECT MATTER JURISDICTION, AND DISMISSING PLAINTIFF'S COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION WITH LEAVE TO AMEND<br><br>(Docs. 1, 16, 21) |

　　　　On November 15, 2023, plaintiff Deanne Thomas filed this negligence action against defendants Family Healthcare Network and Narwhals Mating, M.D., based on diversity jurisdiction.  Doc. 1 at 3.  The Clerk of the Court entered default against defendants on March 13, 2024.  Doc. 13.  Plaintiff filed a motion for default judgment on April 12, 2024.  Doc. 16.  The assigned magistrate judge then issued an order to show cause regarding subject matter jurisdiction.  Doc. 19.  On April 30, 2024, plaintiff filed a response to the order to show cause, confirming that diversity jurisdiction does not exist in this action and requesting leave to amend to cure the jurisdictional deficiency.  Doc. 20.

　　　　On May 6, 2024, the magistrate judge issued findings and recommendations, recommending that (1) plaintiff's motion for default judgment be denied for lack of subject matter jurisdiction; and (2) plaintiff's complaint be dismissed with leave to amend to establish

1

1  subject matter jurisdiction.  Doc. 21 at 7.  The findings and recommendations were served on
2  plaintiff and contained notice that any objections thereto were to be filed within fourteen (14)
3  days after service.  *Id.* at 8.  The deadline to file objections has passed. and no objections have
4  been filed.

5      In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of
6  this case.  Having carefully reviewed the file, the court finds the findings and recommendations
7  to be supported by the record and by proper analysis.

8      Accordingly, IT IS HEREBY ORDERED that:

9      1.    The findings and recommendations issued on May 6, 2024 (Doc. 21) are
10         ADOPTED IN FULL;
11     2.    Plaintiff's motion for default judgment against Defendants Family Healthcare
12         Network and Narwhals Mating, M.D. (Doc. 16) is DENIED for lack of subject
13         matter jurisdiction;
14     3.    Plaintiff's complaint is DISMISSED with leave to amend to establish subject
15         matter jurisdiction; and
16     4.    Plaintiff **SHALL** file any first amended complaint within 21 days of the date of
17         service of this order.  <u>Failure to comply with this order will result in dismissal of</u>
18         <u>this action.</u>

21 IT IS SO ORDERED.

22     Dated:   August 26, 2024

                                                  UNITED STATES DISTRICT JUDGE